911 A.2d 64

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. ALTURIK
FRANCIS, DEFENDANT–RESPONDENT.

November 9, 2006.

ORDERED that the cross-motion for leave to appeal is granted.

911 A.2d 64

TOWNSHIP OF HOLMDEL, PLAINTIFF–RESPONDENT, v. NEW
JERSEY HIGHWAY AUTHORITY, DEFENDANT–MOVANT.

November 9, 2006.

ORDERED that the motion for leave to appeal is granted.

911 A.2d 64

MICHELLE ILIADIS, ET AL., PLAINTIFFS–MOVANTS,
v. WAL–MART STORES, INC., ET AL.,
DEFENDANTS–RESPONDENTS.

November 21, 2006.

ORDERED that the motion for leave to appeal is granted.